UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICKY J. VALENTINE                    CIVIL ACTION

VERSUS                                NUMBER: 11-2380

N. BURL CAIN, WARDEN                  SECTION: "N"(6)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on February 1, 2012 (Rec. Doc. No. 14), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Ricky J. Valentine for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this 6th day of February, 2012.

UNITED STATES DISTRICT JUDGE